VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500 | Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Daniel Chatman*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CHATMAN, | Case No.: 2:17-cv-00570-APG-CWH |
| Plaintiff, | |
| v. | |
| AARGON AGENCY, INC. aka Aargon Collection Agency; CLARK COUNTY CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, INC. | **STIPULATION AND ORDER TO SUBSTITUTE PARTY** |
| Defendants. | |

Plaintiff, DANIEL CHATMAN ("Plaintiff") and Defendant, EQUIFAX, INC. ("Defendant") jointly submit this Stipulation regarding the substitution of EQUIFAX INFORMATION SERVICES LLC as Defendant in place of Defendant EQUIFAX, INC.

WHEREAS, Plaintiff filed an action against the Defendant for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et. seq ("FCRA"), and related state law claims on February 23, 2017.

WHEREAS, as information became available during discovery, Plaintiff learned that EQUIFAX, INC, the named Defendant in this action is a holding company for EQUIFAX INFORMATION SERVICES LLC, and is not a credit reporting agency subject to the FCRA.

WHEREAS, counsel for both parties have agreed that EQUIFAX INFORMATION SERVICES, LLC. is the proper party to this litigation and should be substituted for EQUIFAX,

**THE LAW OFFICE OF VERNON NELSON**
ATTORNEY AT LAW

1  INC. as a Defendant in the above-captioned matter so that all claims made against EQUIFAX, INC.
2  are now made against EQUIFAX INFORMATION SERVICES LLC.

3      WHEREAS, the Plaintiff will amend their complaint to reflect EQUIFAX INFORMATION
4  SERVICES LLC as a Defendant in place of EQUIFAX, INC. in the above-referenced caption.
5  Defendant does not oppose to the Plaintiff amending their complaint.

6      WHEREAS, by this joint request, the parties move, subject to the approval of the Court, to
7  dismiss EQUIFAX, INC. from this action and remove EQUIFAX, INC. from the case caption and
8  replace with EQUIFAX INFORMATION SERVICES LLC.

9      WHEREAS EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses,
10 including any statute of limitations defenses.

11     THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action
12 that:

13     1.      EQUIFAX, INC., shall be dismissed from this case, without prejudice;

14     2.      The caption in this proceeding shall be amended to remove EQUIFAX, INC. as a
15 defendant and shall be replaced by EQUIFAX INFORMATION SERVICES LLC. as a Defendant;

16     EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including
17 any statute of limitations defenses.

18

19     DATED this 16th day of May, 2017          DATED this 16th day of May, 2017

20  THE LAW OFFICE OF VERNON NELSON          SNELL & WILMER, LLP

21     /s/ Vernon A. Nelson                        /s/ Bradley T. Austin
22  VERNON NELSON, ESQ.                      Bradley T. Austin, Esq.
23  Nevada Bar No.: 6434                     Nevada State Bar No. 13064
    9480 S. Eastern Avenue, Suite 244        Snell & Wilmer, LLP
24  Las Vegas, NV  89123                     3883 Howard Hughes Pkwy,
    Tel:  702-476-2500                       Suite 1100 Las Vegas, NV 89169
25  Fax:  702-476-2788                       Tel: 702-784-5200
    E-Mail:  vnelson@nelsonlawfirmlv.com     Fax: 702-784-5252
26  Attorney for Plaintiff Daniel Chatman    Email: baustin@swlaw.com
                                             Attorneys for Equifax Information Services LLC
27  **SO ORDERED.**

28   Dated: May 19, 2017.
                                             _____
                                             United States District Judge

2

Dated this 16h day of May, 2017.

Dated this 16th day of May, 2017.

LINCOLN GUSTAFSON & CERCOS, LLP

*/s/ Gary L. Compton*

Gary L. Compton, Esq.
Nevada Bar No.: 1652
2950 E. Flamingo Rd., Ste. L
Las Vegas, NV 89121
Tel: 702-383-0026 | F: 702- 383-5962
bkc@comptonlaw.org
Attorney for Defendant, *Clark County Credit Union*

*/s/ Shannon G. Splaine, Esq.*

SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
3960 H Hughes Pkwy, Suite 200
Las Vegas, NV 89169
T: 702-225-1997 | F: 702-257-2203
Email: ssplaine@lgclawoffice.com
Attorneys for Defendant, *Aargon Agency, Inc.;*

Dated this 16th day of May, 2017.

SNELL & WILMER, LLP

*/s/ Bob L. Olson*

Bob L. Olson, Esq.
Nevada Bar No.: 3783
3883 Howard Hughes Pkwy. Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200 | F: 702-784-5252
Email: bolson@swlaw.com
Counsel for Defendant, *Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

CASE NO: 2:17-cv-00570-APG-CWH