VERNON A. NELSON, JR., ESQ.
Nevada State No. 6434
**THE LAW OFFICE OF VERNON NELSON**
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Telephone:    (702) 476-2500
Facsimile:    (702) 476-2788
vnelson@nelsonlawfirmlv.com

Attorneys for Plaintiff
DANIEL CHATMAN


**SHANNON G. SPLAINE, ESQ.**
Nevada State No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Pkwy, Ste 200
Las Vegas, NV 89169
Telephone:    (702) 257-1997
Facsimile:    (702) 257-2203
ssplaine@lgclawoffice.com

Attorneys for Defendant
AARGON AGENCY, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CHATMAN, | CASE NO. 2:17-CV-00570-APG-CWH |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT AARGON AGENCY, INC. WITHOUT PREJUDICE** |
| vs. | |
| AARGON AGENCY, INC. AKA AARGON COLLECTION AGENCY; CLARK COUNTY CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC AND EQUIFAX, INC, | **ORDER** |
| Defendant. | |

/ / /

/ / /

IT IS HEREBY STIPULATED by and between Plaintiff DANIEL CHATMAN and Defendant AARGON AGENCY, INC., through their respective counsel of record, that Defendant AARGON AGENCY, INC. shall be dismissed from the above-entitled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses.

DATED: September 14, 2017          THE LAW OFFICE OF VERNON NELSON

                                   By: /s/Vernon Nelson
                                   Vernon Nelson, Esq.
                                   Nevada Bar No. 6434
                                   9480 S. Eastern Avenue, Suite 244
                                   Las Vegas, NV 89123
                                   Attorney for Plaintiff
                                   DANIEL CHATMAN

DATED: September 14, 2017          LINCOLN, GUSTAFSON & CERCOS, LLP

                                   By: /s/ Shannon Splaine
                                   Shannon G. Splaine, Esq.
                                   Nevada Bar No. 8241
                                   3960 Howard Hughes Parkway, Suite 200
                                   Las Vegas, NV 89169
                                   Attorney for Defendant
                                   AARGON AGENCY, INC.


                                   IT IS SO ORDERED:

                                   _____
                                   UNITED STATES DISTRICT JUDGE

                                            9/14/2017
                                   DATED:_____

{00072917;1}                                    2
                STIPULATION FOR DISMISSAL OF DEFENDANT AARGON AGENCY, INC. WITHOUT PREJUDICE
                                                              2:17-CV-00570-APG-CWH