VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500 | Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Daniel Chatman*

**THE LAW OFFICE OF VERNON NELSON**
ATTORNEY AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CHATMAN, | Case No.: 2:17-cv-00570-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS DEFENDANTS CLARK COUNTY CREDIT UNION AND EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| CLARK COUNTY CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC | |
| Defendants. | |

Upon agreement between Plaintiff DANIEL CHATMAN ("Plaintiff") and Defendants CLARK COUNTY CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendants"):

IT IS HEREBY STIPULATED that the Defendants, CLARK COUNTY CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC. shall be dismissed from this action, with prejudice.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED this 4th day of October, 2017.**

THE LAW OFFICE OF VERNON NELSON

_/s/     Vernon A. Nelson_____        /s/  Gary L. Compton_____

VERNON A. NELSON, JR., ESQ.        Gary L. Compton, Esq.
Nevada Bar No.:  6434        Nevada Bar No.: 1652
9480 S. Eastern Avenue, Suite 252        2950 E. Flamingo Rd., Ste. L
Las Vegas, NV  89123        Las Vegas, NV 89121
T: 702-476-2500 | F: 702-476-2788        Tel: 702-383-0026 | F: 702- 383-5962
*Attorneys for Plaintiff Daniel Chatman*        bkc@comptonlaw.org
        *Attorney for Defendant, Clark County Credit*
        *Union*

SNELL & WILMER, LLP        SNELL & WILMER, LLP
*/s/ Bob L. Olson*        */s/  Bradley T. Austin_____*

Bob L. Olson, Esq.        Bradley T. Austin, Esq.
Nevada Bar No.:  3783        Nevada Bar No. 13064
3883 Howard Hughes Pkwy. Suite 1100        3883 Howard Hughes Pkwy,
Las Vegas, NV 89169        Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200 | F: 702-784-5252        Tel: 702-784-5200
Email: bolson@swlaw.com        Fax: 702-784-5252
*Attorneys for Defendant, Experian*        Email: baustin@swlaw.com
*Information Solutions, Inc*        *Attorneys for Defendant Equifax, Inc.*

### ORDER

**IT IS SO ORDERED.**  Per the stipulation of the parties, Defendants CLARK COUNTY CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC. shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** per the stipulation of the parties, Plaintiff DANIEL CHATMAN and Defendants CLARK COUNTY CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC. shall bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____10/10/2017_____

CASE NO.: 2:17-cv-00570-APG-CWH

*Chatman v. Clark County Credit Union., et. al.*
Case No.: 2:17-cv-00570-APG-CWH
Stipulation and Order to Dismiss Clark County Credit Union and
Experian Information Solutions, Inc.